UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 21  P 1:00

U.S. DISTRICT COURT
DISTRICT OF MASS.

CHRISTOPEHR C. DAVIDSON,
Plaintiff,

vs.

DEUTSCHE BANK SECURITIES, INC.,
DEUTSCHE BANK HOLDING
CORPORATION, and DEUTSCHE
BANK AMERICAS SEVERANCE PAY
PLAN,
Defendants

Civil Action No.

**04 CV 11027 RGS**

## NOTICE OF APPEARANCE

Please enter my appearance for defendants Deutsche Bank Securities, Inc.,

Deutsche Bank Holding Corporation, and Deutsche Bank Americas Severance Pay Plan.

DEUTSCHE BANK SERCURITIES, INC.,
DEUTSCHE BANK HOLDING
CORPORATION, and DEUTSCHE BANK
AMERICAS SEVERANCE PAY PLAN
By their attorney,

Scott A. Roberts, BBO #550732
Sullivan Weinstein & McQuay, P.C.
Two Park Plaza, Suite 610
Boston, MA  02116-3902
617-348-4300

Dated:    May 21, 2004

## CERTIFICATE OF SERVICE

I, Scott A. Roberts, hereby certify that a copy of the foregoing document was served by mailing same, postage prepaid, first class mail to Allison M. O'Neill, Craig and Macauley Professional Corporation, Federal Reserve Plaza, 600 Atlantic Avenue, Boston, MA 02210 on May 21, 2004.

Scott A. Roberts