SULLIVAN WEINSTEIN & MCQUAY
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

*FILED*
*IN CLERKS OFFICE*
*2004 JUN -3  P 2: 47*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

SCOTT A. ROBERTS
(617) 348-4340
SRoberts@resq.com

June 2, 2004

**_BY MAIL_**
Clerk's Office, Civil
United States District Court
U.S. Courthouse
1 Courthouse Way
Boston, MA 02110

> **Re:**    **_Davidson v. Deutsche Bank_**
> **Civil Action No. 04-cv-11027-RGS**

Dear Sir or Madam:

Pursuant to Local Rule No. 81.1, please find enclosed for filing in the above-identified action the following certified and attested copies of all records, proceedings and docket entries filed in the Suffolk Superior Court Civil Action No. 04-1978E from whence this action was removed.

Sincerely,

Scott A. Roberts

cc:    Allison M. O'Neill, Esq.
(w/o enclosure)