UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*FILED CLERKS OFFICE*

*2004 JUN 14 P 4: 25*

*U.S. DISTRICT COURT*
*DISTRICT OF MASS*

| | |
|---|---|
| CHRISTOPEHR C. DAVIDSON,<br>Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK SECURITIES, INC.,<br>DEUTSCHE BANK HOLDING<br>CORPORATION, and DEUTSCHE<br>BANK AMERICAS SEVERANCE PAY<br>PLAN,<br>Defendants | Civil Action No. |

## DEFENDANTS' ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendants, with the assent of plaintiff's counsel, respectfully request that this

Court extend the time to respond to plaintiff's Complaint from June 10, 2004 to **June 25,**

**2004**.

DEUTSCHE BANK SECURITIES, INC.,
DEUTSCHE BANK HOLDING
CORPORATION, and DEUTSCHE BANK
AMERICAS SEVERANCE PAY PLAN
By their attorney,

Scott A. Roberts, BBO #550732
A. Lauren Carpenter, BBO #551258
Sullivan Weinstein & McQuay, P.C.
Two Park Plaza, Suite 610
Boston, MA 02116-3902
617-348-4300

Dated:   June 11, 2004

### CERTIFICATE OF SERVICE

I, Scott A. Roberts, hereby certify that a copy of the foregoing document was served by mailing same, postage prepaid, first class mail to Allison M. O'Neill, Craig and Macauley Professional Corporation, Federal Reserve Plaza, 600 Atlantic Avenue, Boston, MA 02210 on June 11, 2004.

Scott A. Roberts

1