UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER C. DAVIDSON,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>DEUTSCHE BANK SECURITIES, INC.,<br>DEUTSCHE BANK AMERICAS<br>HOLDING CORPORATION, and<br>DEUTSCHE BANK AMERICAS<br>SEVERANCE PAY PLAN,<br><br>　　　　　　　Defendants | Civil Action No. 1:04-cv-11027-RGS |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF PAGE LIMIT FOR THEIR MOTION TO DISMISS AND SUPPORTING MEMORANDUM**

　　　　Pursuant to Local Rule 7.1, defendants Deutsche Bank Securities, Inc., Deutsche Bank Americas Holding Corporation, and Deutsche Bank Americas Severance Pay Plan (sometimes "defendants"), move for a six-page enlargement of the 20-page limit for Defendants' Motion to Dismiss All Counts and Memorandum of Reasons in Support Thereof ("Motion to Dismiss").  As grounds for this motion, defendants state as follows:

　　　　1.　　Plaintiff's Complaint asserts five different counts against the three defendants, and it attaches and relies on several documents.  Each of the counts is deficient as a matter of law and should be dismissed.

　　　　2.　　Defendants need the additional six pages to address the deficiencies in the different counts plaintiff has asserted against these defendants, in order to assist the Court in deciding their Motion to Dismiss.

WHEREFORE, defendants request that the Court grant them leave to file a Motion to Dismiss in excess of the 20-page limit.

DEUTSCHE BANK SECURITIES, INC.,
DEUTSCHE BANK AMERICAS HOLDING
CORPORATION, AND DEUTSCHE
BANK AMERICAS SEVERANCE PAY
PLAN,

By their attorneys,

/s/     Scott A. Roberts
Scott A. Roberts, BBO##550732
sroberts@resq.com
A. Lauren Carpenter, BBO#551258
lcarpenter@resq.com
SULLIVAN, WEINSTEIN & McQUAY, P.C.
Two Park Plaza
Boston, MA 02116

Dated: June 30, 2004                617-348-4300

## LOCAL RULE 7.1(a)(2) CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a)(2), I, Scott A. Roberts, counsel to the defendants, certify that I attempted to contact the plaintiff's counsel by telephone to attempt in good faith to resolve or narrow the issues presented by the foregoing motion to enlarge, and that I left her a voice-mail message to this effect, but was not able to speak with her before filing this motion.

  /s/ Scott A. Roberts
  Scott A. Roberts (BBO#550732)