08/11/04
SKY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CHRISTOPHER C. DAVIDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1978 |
| | ) | 04 cv 11027 RGS |
| DEUTSCHE BANK SECURITIES, INC., | ) | |
| DEUTSCHE BANK AMERICAS | ) | |
| HOLDING CORPORATION, | ) | |
| and DEUTSCHE BANK AMERICAS | ) | |
| SEVERANCE PAY PLAN | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiff, with the asset of Defendant's counsel, respectfully request that this Court extend the time to respond to Plaintiff's Complaint from August 11, 2004, to September 1, 2004.

CHRISTOPHER C. DAVIDSON

By his attorneys,
CRAIG AND MACAULEY
PROFESSIONAL CORPORATION

_/s/ Allison M. O'Neil_
Allison M. O'Neil
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
617-367-9500

Dated: August 9, 2004

## CERTICATE OF SERVICE

I Allison M. O'Neil, hereby certify that a copy of the foregoing document was served by mailing same, postage prepaid, first class mail to Scott Roberts, Sullivan Weinstein & McQuay, P.C., Two Park Plaza, Suite 610, Boston, MA 02116-3902 on August 9, 2004.

_____
Allison M. O'Neil