UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CHRISTOPHER C. DAVIDSON,

    Plaintiff,

vs.

DEUTSCHE BANK SECURITIES, INC.,
DEUTSCHE BANK AMERICAS
HOLDING CORPORATION, and
DEUTSCHE BANK AMERICAS
SEVERANCE PAY PLAN,

    Defendants

Civil Action No. 1:04-cv-11027-RGS

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF PAGE LIMIT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS ALL COUNTS AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Local Rule 7.1, plaintiff Christopher C. Davidson ("Davidson") moves for a four-page enlargement of the 20-page limit for Plaintiff's Opposition to Defendants' Motion To Dismiss All Counts And Memorandum In Support Thereof. As grounds for this motion, Davidson states as follows:

1. The Motion to Dismiss runs 24 pages and cites to a great number of cases.

2. Davidson needs the additional pages to address the implication of the cases cited by the defendants in order to assist the Court in deciding on the Motion to Dismiss.

WHEREFORE, plaintiff requests that the Court grant him leave to file Plaintiff's Opposition to Defendants' Motion To Dismiss All Counts in excess of the 20-page limit.

CHRISTOPHER C. DAVISON,

By his attorneys,

CRAIG AND MACAULEY
PROFESSIONAL CORPORATION

*/s/ Allison M. O'Neil*
Christopher J. Panos (BBO#555273)
Peter I. Dunn (BBO#641307)
Allison M. O'Neil (BBO#641330)
Craig and Macauley
   Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, Massachusetts 02210
617-367-9500

Dated: September 1, 2004

## LOCAL RULE 7.1(a)(2) CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a)(2), I, Allison M. O'Neil, counsel to plaintiff, certify that I attempted to contact the defendants' counsel by email on August 31, 2004 to attempt in good faith to resolve or narrow the issues presented by the foregoing motion to enlarge, but was not able to communicate with him before filing this motion.

*/s/ Allison M. O'Neil*
Allison M. O'Neil

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on September 1, 2004.

_____
Peter I. Dunn