09/02/04
SKY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER C. DAVIDSON, <br><br> Plaintiff, <br><br> v. <br><br> DEUTSCHE BANK SECURITIES, INC., <br> DEUTSCHE BANK AMERICAS <br> HOLDING CORPORATION, <br> and DEUTSCHE BANK AMERICAS <br> SEVERANCE PAY PLAN <br><br> Defendants. | Civil Action No. 1:04-cv-11027-RGS |

## AFFIDAVIT OF CHRISTOPHER C. DAVIDSON

I, Christopher C. Davidson, on oath depose and state as follows:

1. I am the plaintiff in the above-captioned action. I submit this affidavit in support of my opposition to Defendants' Motion to Dismiss All Counts. I am 32 years old and have personal knowledge of the matters set forth herein.

2. Each year that I worked for Deutsche Bank my salary remained fixed at $125,00 per year. Each year that I worked for Deutsche Bank, I received incentive compensation in an amount over and above $125,000. This compensation was paid to me in cash and in Deutsche Bank equities. The incentive compensation was presented to me by my immediate supervisor, Marilyn Albert as being for my performance in the prior period. During the presentation of my incentive compensation, we discussed my performance, the performance of my division and Deutsche Bank. The incentive compensation was presented to me by Ms. Albert as a total amount with a break out between cash and equities. Accordingly, it was my understanding that the incentive

compensation was paid with respect to my past services for Deutsche Bank. Further, on information and belief, this is the compensation structure prevailing generally in the field of institutional equity sales.

3. At no time was I ever presented with a copy of any plan or other document which set forth the terms and conditions applicable to the equity awards for my signature or agreement. At no time did Ms. Albert orally inform me that my equity units would be subject to complete forfeiture in the event that I solicited Deutsche Bank clients.

4. From January 1, 2004 through March 16, 2004, my performance for Deutsche Bank was as good as if not better than it had been during previous periods.

5. I have been involved in institutional sales since 1997. Prior to my employment with Deutsche Bank, I was employed by Lehman Brothers and Banc Paribas– other large investment banks. My duties at these institutions were substantially similar to those at Deutsche Bank. While at Banc Paribas and Lehman Brothers, I developed relationships with "buy side" executives at financial institutions in and around Boston. Upon joining Deutsche Bank, I made my sales calls to these same individuals. Substantially all of the sales I made at Deutsche Bank involved these clients.

6. Since my discharge, I have been actively seeking new employment, but have so far been unsuccessful in this endeavor.

7. I must continue working in my chosen career field so that I may support myself in the years to come.

I declare under penalty of perjury that the foregoing is true and correct.

September 1, 2004

Christopher C. Davidson