UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CHRISTINE DAVIDSON

V.    CIVIL ACTION NO. 04-11027-RGS

DEUTSCHE BANK SECURITIES

# NOTICE OF HEARING

STEARNS, DJ.    SEPTEMBER 17, 2004

A HEARING* IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

<u>WEDNESDAY, DECEMBER 15, 2004 AT 2:00 P.M.</u>

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

BY: /s/ Mary H. Johnson
Deputy Clerk

*To Be Heard: Motion to Dismiss (#5).
Counsel should also be prepared to participate in a Rule 16(b) Scheduling Conference immediately after the hearing, should the motion be denied by the Court. See Notice of 16(b) Conf.