UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER C. DAVIDSON,<br>　　　　Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK SECURITIES, INC.,<br>DEUTSCHE BANK AMERICAS<br>HOLDING CORPORATION, and<br>DEUTSCHE BANK AMERICAS<br>SEVERANCE PAY PLAN,<br><br>　　　　Defendants | Civil Action No. 1:04-cv-11027-RGS |

**DEFENDANTS' CERTIFICATION OF
COMPLIANCE WITH LOCAL RULE 16.1(D)(3)**

Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and authorized representative of the defendants certify that they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

_____
Scott A. Roberts (BBO#550732)
SULLIVAN WEINSTEIN & MCQUAY
Two Park Plaza, Suite 610
Boston, MA 02116-3902
(617) 348-4300

_____
For the Defendants.
Victoria Richter, Esq.

Dated: December 7, 2004