UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER C. DAVIDSON,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES, INC.,<br>DEUTSCHE BANK AMERICAS<br>HOLDING CORPORATION,<br>and DEUTSCHE BANK AMERICAS<br>SEVERANCE PAY PLAN<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:04-cv-11027-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and Plaintiff certify that they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Martin P. Desmery (BBO # 550133)
Peter I. Dunn (BBO # 641307)
Allison M. O'Neil (BBO # 641330)
Craig and Macauley
 Professional Corporation
600 Atlantic Avenue
Boston, MA 02210
(617) 367-9500

Christopher Davidson
Plaintiff

Dated: December 13, 2004