UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER C. DAVIDSON,<br>         Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK SECURITIES, INC.,<br>DEUTSCHE BANK AMERICAS<br>HOLDING CORPORATION, and<br>DEUTSCHE BANK AMERICAS<br>SEVERANCE PAY PLAN,<br><br>         Defendants. | Civil Action No. 1:04-cv-11027-RGS |

**UNOPPOSED MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO MEMORANDUM TO DISMISS FIRST AMENDED AND RESTATED COMPLAINT.**

Pursuant to Local Rule 7.1(B)(3), defendants move for leave to file their Reply to Plaintiff's Opposition to Memorandum to Dismiss First Amended and Restated Complaint.

A reply will help the Court in addressing the issues raised in defendants' motion to dismiss the Amended and Restated Complaint, and plaintiff's counsel has stated that she does not oppose the motion.

WHEREFORE, defendants request that the Court grant them leave to file their Reply to Plaintiff's Opposition to Memorandum to Dismiss First Amended and Restated

Complaint.

        DEUTSCHE BANK SECURITIES, INC.,
        DEUTSCHE BANK AMERICAS HOLDING
        CORPORATION, AND DEUTSCHE
        BANK AMERICAS SEVERANCE PAY
        PLAN,

        By their attorneys,

        /s/     Scott A. Roberts
        Scott A. Roberts, BBO##550732
        sroberts@swmlawyers.com
        A. Lauren Carpenter, BBO#551258
        lcarpenter@swmlawyers.com
        SULLIVAN WEINSTEIN & McQUAY, P.C.
        Two Park Plaza
        Boston, MA 02116

Dated: April 7, 2005        617-348-4300

## CERTIFICATE OF CONFERENCE

     I, Scott A. Roberts, certify that I spoke with plaintiff's counsel, Allison O'Neil, in an attempt to resolve or narrow the issues raised by the foregoing motion, and she informed me that plaintiff did not oppose the motion.

        /s/ Scott A. Roberts
        Scott A. Roberts
        sroberts@swmlawyers.com