UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CHRISTOPHER C. DAVIDSON

      V.                        CIVIL ACTION NO. 04-11027-RGS

DEUTSCHE BANK SECURITIES, INC., DEUTSCHE BANK
AMERICAS HOLDING CORPORATION, and DEUTSCHE
BANK AMERICAS SEVERANCE PAY PLAN

# J U D G M E N T

**STEARNS, DJ.**                                **JUNE 29, 2005**

IN ACCORDANCE WITH THIS COURT'S MEMORANDUM AND ORDER ON DEFENDANTS' MOTION TO DISMISS FIRST AMENDED AND RESTATED COMPLAINT ENTERED ON JUNE 27, 2005,

IT IS HEREBY ORDERED:   JUDGMENT IS ENTERED IN FAVOR OF THE DEFENDANTS, DEUTSCHE BANK SECURITIES, INC., ET AL.

SO ORDERED.

                                                      RICHARD G. STEARNS
                                                      UNITED STATES DISTRICT JUDGE

                    BY:

                                                      /s/ Mary H. Johnson
                                                        Deputy Clerk